MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    Fax: (415) 436-6748
    Email: rebecca.falk@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBINSON RANCHERIA OF POMO INDIANS, | No. C 12-04885 SC |
| Plaintiff, | STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| KENNETH SALAZAR, in his official capacity as the Secretary of the United States Department of the Interior; AMY DUTSCHKE, in her official capacity as Pacific Regional Director for the Bureau of Indian Affairs, | |
| Defendants | |

    Federal defendants Kenneth Salazar, Secretary, United States Department of the Interior, and Amy Dutschke, in her official capacity as Pacific Regional Director for the Bureau of Indian Affairs (collectively, "Defendants") and Plaintiff Robinson Rancheria of Pomo Indians ("Plaintiff"), by and through their respective counsel, stipulate to extend the time for Defendant to respond to Plaintiff's Motion for Summary Judgment pursuant to Civil Local Rule 6-2 of the Northern District of California, as follows:

    1.    On September 18, 2012, Plaintiff filed its Complaint for Declaratory and Injunctive Relief ("Complaint") (Dkt. No. 1);

    2.    On October 1, 2012, the U.S. Attorney's Office received a copy of Plaintiff's

Complaint by personal service;

3. On November 30, 2012, Defendants filed Motion to Dismiss Plaintiff's Complaint. (Dkt. No. 7). On December 14, 2012, Plaintiff filed a timely Opposition to Defendants' Motion to Dismiss (Dkt. No. 9). On December 21, 2012, Defendants filed a reply (Dkt. 10);

4. On December 21, 2012, Plaintiff will file a Motion for Summary Judgment;

5. The parties have agreed to an extension of time for Defendants to respond to the Plaintiff's Motion for Summary Judgment to January 14, 2013 and for Plaintiff to file its reply until January 23, 2013;

6. No prior extensions of time have been requested or granted; and

7. This change will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants will have until January 14, 2013 to respond to Plaintiff's Motion for Summary Judgment and that Plaintiff will have until January 23, 2013 to file its Reply.

DATED: December 21, 2012

Respectfully submitted,

_____/s/ Lester Marston_____
Lester Marston
Attorneys for Plaintiff

DATED: December 21, 2012

Respectfully submitted,
MELINDA HAAG
United States Attorney

_____/s/ Rebecca Falk_____
REBECCA FALK
Assistant United States Attorney
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 28, 2012

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT
C 12-04885 SC